## ODEON THEATRE CO. INC. v. HENRY PIL-CHER'S SONS.

(Decided June 30, 1915.)

APPEAL from Birmingham City Court.

Heard before Hon. CHARLES W. FERGUSON.

ALLEN, FISK & TOWNSEND, for appellant. HUGH LESTER and LEROY PERCY, for appellee.

Per Curiam. Appeal dismissed by agreement at appellant's costs.

---

## PAGE v. EVERETT.

(Decided June 30, 1915.)

APPEAL from DeKalb Chancery Court.

Heard before Hon. W. H. SIMPSON.

ISBELL & SCOTT, for appellant. HUNT & WOLFES, for appellee.

THOMAS, J.—Prayer for relief was properly granted. Affirmed.

ANDERSON C. J., and MAYFIELD and SOMERVILLE, JJ., concur.